## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Dean Plummer, individually and on behalf of all others similarly situated, | 3:23-cv-00307-AWT |
| Plaintiff, | Hon. Alvin W. Thompson |
| - against - | |
| Electrolux Home Products, Inc., | |
| Defendant | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dean Plummer notifies the Court that he dismisses this action with prejudice. Plaintiff respectfully requests that the Court enter final judgment dismissing this action and administratively close the matter. Each side shall bear its own attorneys' fees and costs.

Dated:   August 15, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Attorney for Plaintiff*